**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melanie Tucker, | NO. C 06-04457 JW |
| Plaintiff, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Apple Computer, Inc., | |
| Defendant. | |

Pursuant to the parties' Joint Case Management Statement, the Court **vacates the case management conference** presently scheduled for January 22, 2007.

Dated: January 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bsweeney@lerachlaw.com
Christopher M. Burke chrisb@lerachlaw.com
John J. Stoia jstoia@lerachlaw.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Tracy Strong tstrong@jonesday.com

**Dated:  January 18, 2007**                             **Richard W. Wieking, Clerk**

                                                      **By:  /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**