**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melanie Tucker, et al., | NO. C 06-04457 JW |
| Somtai Charoensak, et al. | Related Case: C 05-0037 JW |
|     Plaintiffs, | **ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |
| v. | |
| Apple Computer, Inc., | |
|     Defendant. | |

Having reviewed the parties' joint case management statement in <u>Tucker v. Apple</u>, the Court hereby orders the parties to show cause why this case should not be consolidated with related case <u>Charoensak v. Apple Computer, Inc.</u>, No. C 05-0037 JW. The parties in both cases shall file their responses by **February 12, 2007**. The Court will conduct a hearing on **Monday, March 5, 2007 at 9 a.m.**, followed by a case management conference at 10 a.m. with the parties in both cases.

Dated: January 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bsweeney@lerachlaw.com
Christopher M. Burke chrisb@lerachlaw.com
John J. Stoia jstoia@lerachlaw.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Tracy Strong tstrong@jonesday.com

**Dated: January 18, 2007**              **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**