

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. **C 05-00037 JW**<br>**C 06-04457 JW**<br>**ORDER CONTINUING HEARING ON MOTIONS; SETTING DEADLINE FOR COMPLETION OF ALL BRIEFING** |

    Presently before the Court is Defendant's Motion for Briefing Schedule re: Motion to Decertify. (Docket Item No. 259.) Upon review of the parties' papers, the Court finds good cause to continue the hearing on all Motions, including those in the Direct and Indirect purchasers cases, currently set for November 9, 2009 to **November 23, 2009 at 9 a.m.** Briefing on these Motions (Docket Item Nos. 236, 240, 244, 250), shall be completed on or before **November 9, 2009**. The parties shall meet and confer and Stipulate to a schedule that is consistent with the dates provided by the Court. The Stipulation shall be filed on or before **October 9, 2009** for the Court's approval. To the extent the parties cannot agree on a schedule, the Court will set a schedule that is consistent with the Civil Local Rules of the Court.

    On or before **November 13, 2009**, the moving party shall deliver to Chambers, by the way of the Clerk's office, a three ring binder with the completed briefing and supporting declarations.

Dated:  October 5, 2009

                                                          _____
                                                          JAMES WARE
                                                          United States District Court