**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melanie Tucker | NO. C 06-04457 JW |
| Plaintiff, | **ORDER CLOSING CASE** |
| v. | |
| Apple, Inc., | |
| Defendant. | |

On March 20, 2007, the Court consolidated this case with an earlier filed case, C 05-0037. (See Docket Item No. 44.) In light of that Order, this case should have been closed since it has been subsumed into the Lead Case. Accordingly, the Court now orders the Clerk of Court to close 06-4457.

Dated: September 30, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Richard Sand invalidaddress@invalidaddress.com
Andrew S. Friedman afriedman@bffb.com
3  Arthur William Lazear awl@hoffmanandlazear.com
Bonny E. Sweeney bonnys@csgrr.com
4  Christopher M. Burke cburke@scott-scott.com
Elaine A. Ryan eryan@bffb.com
5  Gregory Steven Weston gweston@csgrr.com
John J. Stoia jstoia@csgrr.com
6  Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Tracy Strong invalidaddress@invalidaddress.com

8  **Dated: September 30, 2009**                **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**